AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES OF AMERICA,

*Plaintiff*

v.

21.05 ACRES OF LAND, MORE OR LESS, SITUATE IN BENTON COUNTY, STATE OF WASHINGTON; BRENT A. PETERSON AND KRYSTAL J. PETERSON, HUSBAND AND WIFE, et al.,

*Defendant*

Civil Action No. 4:25-cv-05122-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Pursuant to the Court's Order, filed at ECF No. 23, Final Judgment is entered against Plaintiff, United States of America, and in favor of Defendants Brent and Krystal Peterson in the amount of $100.00, together with any interest earned on such amounts, such funds being previously deposited by the United States, and that said just compensation is in full satisfaction of any and all claims of any nature (including for attorney's fees) against the United States by reason of the institution and prosecution of this action and the taking of said property and all appurtenances thereunto.

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☑ tried by Judge Rebecca L. Pennell without a jury and the above decision was reached.

❐ decided by Judge ______

Date: 9/16/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*